RICHARD BRIERE, Appellant-Respondent, v PETER W. GRECO et al., Respondents-Appellants. [845 NYS2d 210]—Appeal and cross appeals from an order of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), entered August 4, 2006 in a personal injury action. The order denied the motion and cross motion of defendants Peter W. Greco and Deborah A. Greco for summary judgment, denied plaintiff's cross motion for partial summary judgment and denied the cross motion of defendants Paul M. Kurtz and Kurtz Transport, Ltd. Com. for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Centra, Fahey and Green, JJ.

In the Matter of MARILYN GIST, Petitioner, v JOAN CUSAK et al., Respondents. [845 NYS2d 211]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Onondaga County [Deborah H. Karalunas, J.], entered October 12, 2006) to review a determination of respondents. The determination denied petitioner's application for benefits to pay for the funeral expenses of her son.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Hurlbutt, J.P., Gorski, Martoche, Lunn and Peradotto, JJ.